IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES MICHAEL SLEDZ, :
   Plaintiff :
:
v. : CIV. NO. AMD 02-2050
:
THE FLINTKOTE COMPANY, et al., :
   Defendants :

...oOo...

## ORDER

For the reasons stated in the foregoing Memorandum, it is this 11th day of July, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That plaintiff's "Motion to Remand and for Assessment of Costs and Fees" is GRANTED IN PART AND DENIED IN PART and this case is REMANDED FORTHWITH TO THE CIRCUIT COURT FOR BALTIMORE CITY; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel and CLOSE THIS CASE.

                                        _____
                                        ANDRE M. DAVIS
                                        United States District Judge